**Order entered September 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00638-CR

**ADRIAN ROOSEVELT MCDANIEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F14-57439-H**

## ORDER

The Court **REINSTATES** the appeal.

On August 11, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 14, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the August 11, 2015 order requiring findings. We **ORDER** the reporter's record filed as of the date of this order.

Appellant's brief is due within thirty days of the date of this order.

/s/    ADA BROWN
        JUSTICE